1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES HOLT,                          1:10-cv-02385-SKO (PC)

12           Plaintiff,                      ORDER DISREGARDING
                                             MOTIONS TO PROCEED
13   vs.                                     IN FORMA PAUPERIS
                                             AS MOOT
14   A. ENENMOH,  et al.,
                                             (Motion #5 & #6)
15           Defendants.

16   _____/

17        On March 28, 2011 and March 30, 2011, Plaintiff filed motions to proceed in forma

18   pauperis.  Because Plaintiff paid the $350.00 filing fee in full on December 27, 2010, his motions

19   are HEREBY DISREGARDED as moot.

20

21

22

23   IT IS SO ORDERED.

24   **Dated:    April 4, 2011**                      /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28